UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Metropolitan Life Insurance Company,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:10-cv-399-PB |
| | § | |
| Kathleen MacLean, Vickie Harvey f/k/a<br>Vickie MacLean, and Solimine Landergan &<br>Richardson Funeral Home, Inc.,<br>*Defendants.* | §<br>§<br>§<br>§ | |

**ORDER ON MOTION FOR DEPOSIT OF FUNDS INTO COURT REGISTRY**

Upon consideration of interpleader plaintiff Metropolitan Life Insurance Company's ("MetLife") motion for deposit of funds into court registry, it is hereby ordered that MetLife may tender to the Court for deposit into the Court's registry the sum of $219,801, plus any applicable accumulated interest, where such amount shall remain pending further order of the Court.

Upon such payment (a) MetLife is released, discharged and dismissed with prejudice from this action and further attendance upon this cause; (b) MetLife, General Electric Company ("GE"), and GE's employee benefit plans are released from any and all liability of any kind or nature whatsoever regarding the plan benefits/life insurance proceeds payable as a consequence of the death of Brian P. MacLean (the "Benefits"); and (c) the defendants are restrained and enjoined from instituting any action or proceeding in any state or United States court for the Benefits.

DATED: 2-16-2011

_____
Presiding Justice