U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 20 2011

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Civil Action No. 1:10-cv-00399-PB

|  |  |
|---|---|
| METROPOLITAN LIFE INSURANCE CO., | ) |
| Plaintiff, | ) |
| v. | ) |
| KATHLEEN MACLEAN, VICKIE HARVEY, f/k/a VICKIE MACLEAN, CRAIG O. MACLEAN AND MELANIE MACLEAN and SOLIMINE LANDERGAN & RICHARDSON FUNERAL HOME, INC., | ) |
| Defendants, | ) |

## ORDER

1. The proceeds of a life insurance policy deposited with this Court shall be distributed in the following manner:

    a. Fifty percent (50%) of the interpleader funds presently being held by the Court shall be disbursed to interpleader defendant Craig O. MacLean;

    b. Fifty percent (50%) of the interpleader funds presently being held by the Court shall be disbursed to interpleader defendant Melanie B. Messana, f/k/a Melanie B. MacLean..

2. Any and all claims of any interpleader defendant against any other interpleader defendant, including but not limited to interpleader defendant Kathleen MacLean's cross-claims against interpleader defendant Vickie Harvey, are dismissed with prejudice and without costs, with all rights of appeal waived.

1

3. The interpleader defendants are granted 90 days to file counterclaims against the interpleader plaintiff, Metropolitan Life Insurance Company. and to join additional counterclaim defendants.

**SO ORDERED**

DATED: May 20, 2007

United States District Judge