UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Metropolitan Life Insurance Company

      v.                              Civil No. 10-cv-399-PB

Kathleen MacLean
Vickie Harvey


**J U D G M E N T**


In accordance with the following, judgment is hereby entered:

1.  Notice of Voluntary Dismissal as to Solimine Landergan & Richardson Funeral

Home, Inc. dated January 25, 2011;

2.  Order by Judge Paul Barbadoro dated February 16, 2011 discharging and dismissing

MetLife with prejudice;

3.  Order by Judge Paul Barbadoro dated May 18, 2011 approving the Second and

Final Stipulation.


                               By the Court,


                               */s/ James R. Starr*
                               James R. Starr, Clerk

June 17, 2011

cc:    Counsel of Record